**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Nicolae Tudor,** | : |
| | : |
| **Plaintiff,** | : |
| **v.** | : |
| | : **Civil Action No.:  3:11-cv-00592-MRK** |
| **Portfolio Recovery Associates, L.L.C.;** | : |
| **and DOES 1-10, inclusive,** | : |
| | : |
| | : |
| **Defendants.** | : |

**NOTICE OF SETTLEMENT**

    **NOTICE IS HEREBY GIVEN that the parties in the above-captioned case**

**have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal**

**of Complaint and voluntary dismissal of this action with prejudice pursuant to**

**FED. R. CIV. P. 41(a) within 30 days.**


**Dated June 27, 2011**


                                            **Respectfully submitted,**

                                            **PLAINTIFF, Nicolae Tudor**

                                            **/s/ Sergei Lemberg**

                                            **Sergei Lemberg, Esq.**
                                            **LEMBERG & ASSOCIATES L.L.C.**
                                            **1100 Summer Street, 3rd Floor**
                                            **Stamford, CT 06905**
                                            **Telephone: (203) 653-2250**
                                            **Facsimile:  (877) 795-3666**
                                            **slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg